## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## TAMPA DIVISION

**JEANNINE SALA, individually and on behalf of all others similarly situated,**

    **Plaintiff,**

v.                                          **Case No.  8:05-cv-829-T-30EAJ**

**STARBUCKS CORPORATION,** *et al.***,**

    **Defendants.**
_____/

## ORDER

THIS CAUSE comes before the Court upon Plaintiff's Motion to be Relieved from Local Rule 3.05 (Dkt. #10).  Plaintiff asks that the Court extend the date in which she has "to comply with the time criteria of Local Rule 3.05."  Local Rule 3.05 addresses several procedural issues related to the management of cases before the United States District Court for the Middle District of Florida.  Thus, the specific relief sought by Plaintiff is not entirely clear.

This Court presumes that Plaintiff's Motion relates to the deadline set forth in Local Rule 3.05 for completing and filing a case management report.  Plaintiff appears to be asking that the deadline be extended to thirty (30) days after all Defendants in this purported class action make an appearance.

Because Plaintiff has not filed proof of service on each Defendant and  in light of the possibility that a Defendant will not file an appearance in this case, Plaintiff's request should

be DENIED. However, the parties shall be given an additional sixty (60) days in which to meet to compose the case management report in this case.

It is therefore ORDERED AND ADJUDGED that:

1. Plaintiff's Motion to be Relieved from Local Rule 3.05 (Dkt. #10) is **DENIED**.

2. Counsel for the parties shall meet **within one hundred and twenty (120) days** after service of the complaint upon any defendant, or the first appearance of any defendant for the purpose of preparing and filing the case management report. The case management report shall be filed **within fourteen (14) days** of said meeting.

**DONE** and **ORDERED** in Tampa, Florida on June 7, 2005.

_____
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

**Copies furnished to:**
Counsel/Parties of Record

S:\Odd\2005\05-cv-829 Motn Misc Relief.wpd