UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

JEANNINE SALA, etc., et al.,

    Plaintiff(s),

v.   CASE NO: 8:05-CV-829-T-30EAJ

STARBUCKS CORPORATION, et al.,

    Defendant(s).
_____/

## ORDER

The Motion of 13 Defendants to Dismiss Plaintiff's Amended Complaint (**Dkt. #126**) and a Memorandum of Law in support of same (**Dkt. #127**) were filed in the above-styled case. Said documents violate Local Rule 3.01(c) of the Middle District of Florida, which states: "Absent prior permission of the Court, no party shall file any brief or legal memorandum in excess of twenty (20) pages in length." Counsel may not circumvent this rule by separately filing a motion and memorandum in support thereof. It is therefore

    ORDERED AND ADJUDGED that:

    1. The Motion of 13 Defendants to Dismiss Plaintiff's Amended Complaint (**Dkt. #126**) and Memorandum of Law in support of same (**Dkt. #127**) are **STRICKEN** from the record.

    2. Additionally, any responses required to be filed because of the stricken documents will not be required and will also be stricken.

**DONE** and **ORDERED** in Tampa, Florida on October 4, 2005.

_____
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

**Copies Furnished To**:
Counsel/Parties of Record

*F:\Docs\2005\05-cv-829.strike 126 127.wpd*