## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## TAMPA DIVISION

JEANNINE SALA, etc., et al.,

    Plaintiff(s),

v.                                          CASE NO: 8:05-CV-829-T-30EAJ

STARBUCKS CORPORATION, et al.,

    Defendant(s).

_____/

## **ORDER**

        A Motion to Dismiss Plaintiff's First Amended Original Class Action Complaint (**Dkt. #136**) and a Memorandum of Law in support of same (**Dkt. #137**) were filed in the above-styled case.  Said documents violate Local Rule 3.01(c) of the Middle District of Florida, which states:  "Absent prior permission of the Court, no party shall file any brief or legal memorandum in excess of twenty (20) pages in length."  Counsel may not circumvent this rule by separately filing a motion and memorandum in support thereof.  It is therefore

        ORDERED AND ADJUDGED that:

        1.    The Motion to Dismiss Plaintiff's First Amended Original Class Action Complaint (**Dkt. #136**) and Memorandum of Law in support thereof (**Dkt. #137**)  are **STRICKEN** from the record.

        2.    Additionally, any responses required to be filed because of the stricken documents will not be required and will also be stricken.

**DONE** and **ORDERED** in Tampa, Florida on October 4, 2005.

_____
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

**Copies Furnished To**:
Counsel/Parties of Record

*F:\Docs\2005\05-cv-829.strike 136 137.wpd*