**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

**JEANNINE SALA, etc.,**

    **Plaintiff(s),**

**v.**                                        **CASE NO:  8:05-CV-829-T-30EAJ**

**STARBUCKS CORPORATION, etc.,**
**et al.,**

    **Defendant(s).**
_____/

## ORDER OF DISMISSAL

THIS CAUSE comes before the Court *sua sponte*. An Order was entered on December 1, 2005, (Dkt. #163) which gave the Plaintiff(s) fifteen (15) days in which to file an Amended Complaint. The deadline for filing an Amended Complaint has passed. As the Plaintiff(s) has/have failed to diligently prosecute the above-styled action pursuant to Local Rule 3.10(a), it is

    **ORDERED AND ADJUDGED** as follows:

    1)    This cause is dismissed without prejudice.

    2)    All pending motions are denied as moot.

    3)    The Clerk is directed to close this case.

    **DONE** and **ORDERED** in Tampa, Florida on January 3, 2006.

                                      JAMES S. MOODY, JR.
                                      UNITED STATES DISTRICT JUDGE

**COPIES TO**:
Counsel/Parties of Record

*S:\Odd\2005\05-cv-829.dismissal.wpd*